

**NUMBER 13-19-00342-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**IN THE INTEREST OF A.P. AND A.V., CHILDREN**

**On Appellee's Motion for Extension of Time to File Brief.**

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

This is an appeal of a final order terminating parental rights. The brief of appellee, the Texas Department of Family and Protective Services, is due to be filed on August 20, 2019. Appellee has filed a motion seeking fifteen days of additional time to file the brief. Appellee represents that appellant does not oppose the extension.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that

these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed.  *See* TEX. R. JUD. ADMIN. 6.2(a).  Given the nature of these cases and the shortened appellate deadlines, it is the policy of this Court to limit extensions of time to file a brief in such cases to one extension absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Accordingly, we GRANT appellee's motion for extension of time and ORDER appellee's brief to be filed on or before Wednesday, September 4, 2019.  No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

PER CURIAM

Order delivered and filed the
16th day of August, 2019.

2